UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA MARIE DANIELS,<br>　　　　Petitioner,<br>　　v.<br>MOLLY HILL, Warden,<br>　　　　Respondent. | Case No. 18-cv-04084-HSG (PR)<br><br>**JUDGMENT** |

　　This action is dismissed because this court lacks authority to entertain a second or successive petition until the court of appeals authorizes such a petition to be filed.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 10/29/2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge